IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAIAS ZESATI RUIZ, ) | No. CV-F-05-1154 REC/WMW HC |
| ) | |
| ) | ORDER TRANSFERRING ACTION TO |
| ) | NINTH CIRCUIT COURT OF |
| Petitioner, ) | APPEALS (Docs. 5 & 6) |
| ) | |
| vs. ) | |
| ) | |
| ) | |
| SECRETARY, DEPARTMENT OF ) | |
| HOMELAND SECURITY, ) | |
| ) | |
| ) | |
| Respondent. ) | |
| ) | |

On December 20, 2005, the United States Magistrate Judge recommended that the court grant petitioner's motion to transfer this action to the Ninth Circuit Court of Appeals pursuant to Section 106 of the Emergency Supplemental Appropriations Act for Defense, the Global War on Terror, and Tsunami Relief, 2005.

No objections to the recommendation have been filed. The court has reviewed the record and concurs with the recommendation.

///

1

1 ACCORDINGLY:

2 1. Petitioner's motion to transfer this action to the Ninth
3 Circuit Court of Appeals is granted.

4 2. The Clerk of the Court is directed to transfer this
5 action to the Ninth Circuit Court of Appeals.

6 IT IS SO ORDERED.

7 **Dated:  February 24, 2006**           /s/ Robert E. Coyle
668554                                   UNITED STATES DISTRICT JUDGE

2